**Order entered April 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00020-CR

**STEPHEN LEN HEJNY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-58342-S**

## ORDER

The Court **REINSTATES** the appeal.

On March 19, 2014, this Court ordered the Honorable Mary Murphy, Presiding Judge of the First Administrative Judicial Region, to refer this matter to the Presiding Judge of the Dallas County District Courts for a determination of whether this case should be transferred from the 282nd Judicial District Court to another court to provide for the "efficient operation of the court system and effective administration of justice." *See* TEX. GOV'T CODE ANN. § 74.092(10) (West 2013). Additionally, the order required findings regarding why appellant's brief has not been filed. We received correspondence from the Honorable Mary Murphy stating that, to her understanding, neither the Honorable Andy Chatham, Presiding Judge, 282nd Judicial District Court, the Honorable Robert Burns, Presiding Judge of the Dallas County District Courts, nor

Michael Casillas of the Dallas County District Attorney's Office had received the Court's March 19, 2014 order. We have now received the trial court's findings.

We **ADOPT** the findings that: (1) the trial court conducted a search through the OnBase and FORVUS systems and determined there is no "remand" order of this Court on the system; (2) the trial court never received copies of our abatement orders; (3) appellant is indigent; and (4) Katherine Drew of the Dallas County Public Defender's Office has been appointed to represent appellant in this appeal.

We **DIRECT** the Clerk to add Katherine Drew as appellant's attorney of record.

We further **DIRECT** the Clerk to contact the Court Coordinators of the Criminal District Court No. 1 and the 282nd Judicial District Court to obtain the correct e-mail addresses for those courts.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mary Murphy, Presiding Judge of the First Administrative Judicial Region; the Honorable Robert Burns, Presiding Judge of the Dallas County District Courts; the Honorable Andy Chatham, Presiding Judge, 282nd Judicial District Court; Katherine Drew; and Michael Casillas.

/s/     LANA MYERS
        JUSTICE